FILED

JAN - 8 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY **MB** DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0057-L |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| HOLLY HALWEG, | |
| Defendant. | |

The United States Attorney charges:

On or about December 9, 2007, within the Southern District of California, defendant HOLLY HALWEG, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 88.10 kilograms (193.82 pounds) of Marijuana (gross weight), a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 1/8/08

KAREN P. HEWITT
United States Attorney

*for* DAVID D. LESHNER
Assistant U.S. Attorney

DDL:jam:San Diego
12/18/07