FRANK M. MURPHY, III
Attorney at Law
2482 Greyling Drive
San Diego, CA 92123
e-mail:  fmlaw@san.rr.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr0057-L |
| ) | |
| Plaintiff, ) | **JOINT MOTION TO CONTINUE** |
| ) | **SENTENCING HEARING** |
| v. ) | |
| ) | |
| HOLLY HALWEG, ) | Date:    6/2/08 |
| ) | Time:    8:30 a.m. |
| Defendant. ) | Court:   Judge LORENZ |
| _____) | |

    Plaintiff, UNITED STATES OF AMERICA, by and through its attorneys, KAREN P. HWEITT, and SABRINA FEVE, and Defendant, HOLLY HALWEG, by and through her attorney, FRANK M. MURPHY, III, jointly move the court to continue the Acceptance of Plea and Sentencing Hearings so that Defendant may attend to certain professional responsibilities prior to sentence.  The parties

/ / / / /

/ / / / /

/ / / / /

/ / / / /

request that the above referenced hearings be continued from April 21, 2008 to June 2, 2008 at 8:30 a.m. in the above entitled court.

```
                                  UNITED STATES OF AMERICA

   Dated:  3/19/08              by S/SABRINA FEVE
                                   Assistant U.S. Attorney


   Dated:  3/19/08              S/FRANK M. MURPHY, III
                                Attorney for Defendant
                                HOLLY HALWEG
```