## U.S. DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

IN RE:            USA v. Holly Halweg

CASE NO.:         08cr0057-L

### CERTIFICATE OF SERVICE

    I, the undersigned, declare that I am over the age of 18 years and not a party to the case; I am employed in San Diego County, California where the service occurred; and my business address is 2482 Greyling Drive, San Diego, California 92123.

    I caused to be served the following document(s):

```
JOINT MOTION TO CONTINUE SENTENCING HEARING
```

by:    **CM/ECF**  filing to SABRINA FEVE, Esq. who will be served by the Court's **CM/ECF** system.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on  March 19, 2008.

                                                              s/Frank M. Murphy, III
                                                              E-mail: fmlaw@san.rr.com