UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0057-L |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING** |
| v. | ) | **SENTENCING HEARING** |
| | ) | |
| HOLLY HALWEG, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On reading the Joint Motion to Continue the Sentencing Hearing in the above matter and good cause appearing therefore,

IT IS HEREBY ORDERED, that the Acceptance of Plea and Sentencing Hearing now scheduled for April 21, 2008, shall be continued to June 2, 2008, at 8:30 a.m.

Dated: March 20, 2008

_____
M. JAMES LORENZ
U.S. DISTRICT JUDGE

08cr0057-L