Frank M. Murphy, III
Attorney at Law, Bar #51216
2482 Greyling Drive
San Diego, CA 92123-3907
Phone: 858-277-3207
FAX:   858-277-3207
E-mail:  fmlaw@san.rr.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr0057-L | |
| ) | | |
| Plaintiff, ) | **DEFENDANT'S** | |
| ) | **MOTION FOR ORDER** | |
| ) | **TO FILE TWO** | |
| ) | **SENTENCING DOCUMENTS** | |
| ) | **UNDER SEAL** | |
| ) | | |
| v. ) | | |
| ) | Date:   6/2/08 | |
| HOLLEY HALWEG ) | Time:   8:30 a.m. | |
| ) | Dept:   Judge LORENZ | |
| Defendant. ) | | |
| _____) | | |

TO:   HONORABLE M. JAMES LORENZ

     Defendant, HOLLY HALWEG, by and through her attorney, FRANK M. MURPHY, III requests that the court order that two letters to

08cr0057-L

be submitted in connections with Defendant's Sentencing on June 2, 2008 be filed under seal.  The letter are as follows:

    March 13, 2008               Garrett M. Halweg, M.D.

    April 20, 2008               Erika Badia, MS, MFT

    Both letters are considered relevant for sentencing purposes and contain sensitive information that, in the opinion of the undersigned counsel, should not be in the public file.

    Assistant U.S. Attorney Sabrina Feve has advised the undersigned that she has no objection to this request.  Copies of subject documents will be supplied to the U.S. Attorney.

    A proposed Order is being submitted separately.

    Dated:  May 2, 2008

                                Respectfully submitted,

                                S/Frank M. Murphy, III
                                Attorney for Defendant
                                fmlaw@san.rr.com