U.S. DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE:        USA v. Holly Halweg

CASE NO.:     08cr0057-L

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the case; I am employed in San Diego County, California where the service occurred; and my business address is 2482 Greyling Drive, San Diego, California 92123.

I caused to be served the following document(s):

**DEFENDANT'S MOTION TO FOR ORDER TO FILE TWO SENTENCING DOCUMENTS UNDER SEAL**

by:   **CM/ECF**  filing to Sabrina Feve, Esq. who will be served by the Court's **CM/ECF** system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 2, 2008.

s/Frank M. Murphy, III
E-mail: fmlaw@san.rr.com