UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0057-L |
| | ) | |
| Plaintiff, | ) | **ORDER TO FILE** |
| | ) | **DOCUMENTS UNDER** |
| | ) | **SEAL** |
| v. | ) | |
| | ) | |
| HOLLY HALWEG, | ) | Date:  6/2/08 |
| | ) | Time:  8:30 a.m. |
| | ) | Dept:  Judge LORENZ |
| | ) | |
| Defendant. | ) | |
|_____| ) | |

     Upon consideration of the motion for an Order to file two

documents under seal, and good cause appearing therefore:

     IT IS HEREBY ORDERED that the below listed documents be

filed under seal:

          March 13, 2008          Garrett M. Halweg, M.D.

          April 20, 2008          Erika Badia, MS, MFT

IT IS SO ORDERED.

Dated: May 7, 2008          _____
                            M. JAMES LORENZ
                            U.S. DISTRICT JUDGE

                                        08cr0057-L